UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADAM C. MILLER, | ) CASE NO.   1:19-CV-652 |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| vs. | ) **ORDER** |
| LORAIN COUNTY COMMUNITY COLLEGE, et al., | ) |
| Defendant. | ) |

The Court has been advised by counsel of record that the above-captioned case has been settled.   Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.   The Case Management Conference scheduled for June 17, 2019 at 1:00PM is canceled.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster June 13, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**